# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| Tracy Thorton, | ) Case No.: 3:22-cv-00263 |
| Plaintiff, | ) Judge Thomas Rose |
| v. | ) Magistrate Judge Peter B. Silvain, Jr. |
| Beauty Systems Group, LLC, *et al.*, | ) **ORDER OF DISMISSAL:** <br> ) **TERMINATION ENTRY** |
| Defendants. | ) |

The Court having been advised by counsel for the parties that the above matter has been settled, IT IS ORDERED that this action is hereby DISMISSED, with prejudice as to the parties, provided that any of the parties may, upon good cause shown within 30 days, reopen the action if settlement is not consummated.

Parties may submit a substitute Judgment Entry once settlement is consummated. Parties intending to preserve this Court's jurisdiction to enforce the settlement should be aware of *Kokkonen v. Guardian Life Ins. Co. of America,* 114 S.Ct. 1673 (1994), and incorporate appropriate language in any substituted judgment entry.

Plaintiff's counsel having contacted the Court after the show cause order was issued, Plaintiff will be deemed to have complied with the conditions of the Order to Show Cause (Doc. No. 7) and no further action need be taken regarding that order.

IT IS SO ORDERED.

*s/Thomas M. Rose*_____
Honorable Thomas M. Rose
United States District Judge